# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| CATHERINE GIERBOLINI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-953 (CMH/TCB) |
| | ) |
| BOARD OF DIRECTORS | ) |
| SCIENCE APPLICATIONS | ) |
| INTERNATIONAL CORPORATION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Board of Directors, Science Applications International Corporation, by and through its undersigned counsel, hereby moves the Court to dismiss the Complaint in the above-captioned matter in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

(1) Plaintiff's Complaint is barred by the doctrine of *res judicata*; and

(2) Plaintiff's Complaint fails to state a plausible claim for relief under the Supreme Court's decisions in *Ashcroft v. Iqbal,* 556 U.S. 662 (2009) and *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544 (2007).

Defendant submits a Supporting Memorandum and a Proposed Order.

Dated: November 1, 2013          Respectfully submitted,

                                          /s/
                            Edward Lee Isler, Va. Bar No. 27985
                            eisler@islerdare.com
                            Lori H. Turner, Va. Bar No. 68732
                            lturner@islerdare.com
                            ISLER DARE, P.C.
                            1945 Old Gallows Road, Suite 650

Vienna, Virginia 22182  
Phone: (703) 748-2690  
Fax: (703) 748-2695  
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2013, a true and accurate copy of the foregoing was served by First Class Mail and electronic mail to the following address:

Catherine Gierbolini
101 6th Avenue
Huntington Station, NY 11746
cathieg7869@yahoo.com

_____/s/_____
Edward Lee Isler, Va. Bar No. 27985
eisler@islerdare.com
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
*Attorney for Defendant*