**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| CATHERINE GIERBOLINI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-953 (CMH/TCB) |
| | ) |
| BOARD OF DIRECTORS | ) |
| SCIENCE APPLICATIONS | ) |
| INTERNATIONAL CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION FOR SANCTIONS

The Board of Directors of Science Applications International Corporation (the "Board"), by and through its undersigned counsel and pursuant to Local Rule 7 and Rule 11 of the Federal Rules of Civil Procedure, submits this Motion for Sanctions against Plaintiff Catherine Gierbolini for filing a Complaint that presents claims that are not warranted by existing law and that is intended to harass and needlessly increase the cost of litigation. The Board submits a Supporting Memorandum and a Proposed Order.

Dated: November 1, 2013        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/　　　　　　　　　　　　
Edward Lee Isler, Va. Bar No. 27985
eisler@islerdare.com
Lori H. Turner, Va. Bar No. 68732
lturner@islerdare.com
ISLER DARE P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2013, a true and accurate copy of the foregoing was served by First Class Mail and electronic mail to the following address:

>Catherine Gierbolini
>101 6th Avenue
>Huntington Station, NY 11746
>cathieg7869@yahoo.com

>_____/s/_____
>Edward Lee Isler, Va. Bar No. 27985
>eisler@islerdare.com
>ISLER DARE P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Fax: (703) 748-2695
>*Attorney for Defendant*