## ** CIVIL MOTION MINUTES **

Date: 12/6/13　　　　　　　　　　　　　　　　Judge: Hilton
　　　　　　　　　　　　　　　　　　　　　　　Reporter: Westfall
Time: 10:25 to 10:40


Civil Action Number: 1:13cv953

Catherine Gierbolini v. Board of Directors Science Application International Corp., et al.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Pltf Pro Se | Edward Isler |
|  | Lori Turner |

Appearance of Plaintiff, Pro Se and Counsel for the Defendant.

Defendant's [13] Motion to Dismiss – Granted.