IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

CATHERINE GIERBOLINI,

    Plaintiff,

v.     Civil Action No. 1:13-cv-953

BOARD OF DIRECTORS SCIENCE
APPLICATION INTERNATIONAL,
CORPORATION, et. al.,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Defendant Board of Directors Science Application International Corp.'s Motion to Dismiss, and separate Motion for Sanctions.

For reasons stated from the Bench, it is hereby

ORDERED that the Defendant's Motion to Dismiss is GRANTED, and this case is DISMISSED.

                                      /s/
                                  Claude M. Hilton
                              United States District Judge

Alexandria, Virginia
December 6, 2013

FILED
DEC - 6 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA